UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA



UNITED STATES OF AMERICA,

            Plaintiff,

vs.

JUAN FERNANDO VALDEZ-IXTA (01),

           Defendant.

CASE NO. 11CR5045-MMA

**JUDGMENT OF DISMISSAL**

IT APPEARING that the defendant is now entitled to be discharged for the reason that:

**X**   an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

\_\_\_   the Court has dismissed the case for unnecessary delay; or

\_\_\_   the Court has granted the motion of the Government for dismissal, without prejudice; or

\_\_\_   the Court has granted the motion of the defendant for a judgment of acquittal; or

\_\_\_   a jury has been waived, and the Court has found the defendant not guilty; or

\_\_\_   the jury has returned its verdict, finding the defendant not guilty;

\_\_\_   of the offense(s) as charged in the Indictment/Information:

IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 12/12/2011

MICHAEL M. ANELLO
UNITED STATES DISTRICT JUDGE